MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER CR06-5449 |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION TO |
| ) | CONTINUE TRIAL DATE |
| vs. ) | |
| ) | |
| BRANDON HVIDSTEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 16, 2006. The resulting period of delay from September 5, 2006 to October 16, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this   1st   day of September, 2006.


   s/ J Kelley Arnold
UNITED STATES MAGISTRATE JUDGE


Presented By:

/s/ Jerome Kuh                              /s/ Glen Templeton
Attorney for Defendant                      Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                          1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**